Jason M. Erlich, Cal. Bar No. 203661
 Email: *jason@mcelawfirm.com*
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, California 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff(s)
GLEN WASHINGTON

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br><br>    Defendant. | Case No. 18-cv-04673-EMC<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Trial date:  November 25, 2019 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff GLEN WASHINGTON ("Plaintiff") and Defendant COMPASS GROUP USA, INC. ("Defendant"), by and through their counsel of record, hereby stipulate to dismiss the above captioned case with prejudice in its entirety including all claims. Each party agrees to bear its own costs and expenses.


Dated: June 27, 2019            FISHER & PHILLIPS LLP


                      /S/ *Anthony Isola*
                   By: _____
                      LONNIE D. GIAMELA
                      ANTHONY M. ISOLA
                      Attorneys for Defendant
                      COMPASS GROUP USA, INC.

Dated: June 27, 2019 McCORMACK & ERLICH, LLP

By: /S/ *Jason Erlich*
_____
JASON M. ERLICH
Attorneys for Plaintiff
GLEN WASHINGTON

MCCORMACK & ERLICH, LLP
150 POST STREET, SUITE 742, SAN FRANCISCO, CA 94108
TELEPHONE: (415) 296-8420